**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Chad M. Hill,<br><br>Plaintiff,<br><br>v.<br><br>Yamaha Motor Corporation, USA, a California corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil File No. 01-CV-95 JMR/RLE<br><br>**ORDER TO EXTEND ANSWER DATE** |

Based upon the Stipulation of counsel, and the Court being duly advised in the premises, it is herewith ordered that defendant Yamaha Motor Corporation, USA's time to answer or otherwise plead to the plaintiff's Complaint is extended to April 30, 2001.

Dated: 4/9, 2001.

BY THE COURT:

Raymond L. Erickson

Magistrate Judge Raymond L. Erickson

DN: 114591

(3)

FILED APR 09 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK