**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Chad M. Hill, Plaintiff, v. Yamaha Motor Corporation, USA, a California corporation, Defendants. | ) | Civil File No. 01-CV-95 JMR/RLE **ORDER OF DISMISSAL** |

Based upon the foregoing Stipulation, and the Court being fully advised in the premises, it is herewith ordered that the above-captioned matter may be, and herewith is, dismissed with prejudice and on the merits, and without costs, disbursements or attorneys' fees to any party. There being no just reason for delay, the Clerk of Court is herewith directed to enter a judgment of dismissal with prejudice in accordance with this Order and Stipulation.

Dated: April 1st, 2002

Judge James M. Rosenbaum
Chief Judge of United States District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED APR 2 2002
DEPUTY CLERK'S INITIALS ______

DN:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Chad M. Hill,<br><br>Plaintiff,<br><br>v.<br><br>Yamaha Motor Corporation, USA, a California corporation,<br><br>Defendants. | ) | Civil File No. 01-CV-95 JMR/RLE<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through their counsel of record, herewith stipulate and agree that the above-captioned matter may be, and herewith is, dismissed with prejudice and on the merits, and without costs, disbursements or attorneys fees to any party.

The parties further stipulate and agree that, without further notice, motion or hearing, the within order may be rendered by the Court and that judgment of dismissal with prejudice and on the merits may be entered by the Clerk of Court.

Dated: March 8, 2002

CHARLES H. JOHNSON & ASSOCIATES, P.A.

By: ______________________________
Charles H. Johnson Reg. No. 50696
2599 Mississippi Street
New Brighton, Minnesota 55112
(651) 633-5685

ATTORNEYS FOR PLAINTIFF

DN:

Dated: March 8, 2002

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON P.A.

By: Brian N. Johnson

Brian N. Johnson Reg. No. 132767
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-1838

ATTORNEYS FOR DEFENDANTS

DN: